## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of
Jeremy Jentsch v. Village of Lynwood, et. al.

# 08CV2322
# JUDGE DARRAH
# MAG. JUDGE SCHENKIER

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Jeremy Jentsch

# FILED
APR 23, 2008
APR 2 8 2008  TC

| NAME (Type or print) Brendan Shiller | MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |
|---|---|
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM Law Office of Brendan Shiller, LLC | |
| STREET ADDRESS 4554 N. Broadway, #325 | |
| CITY/STATE/ZIP Chicago, IL 60640 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6279789 | TELEPHONE NUMBER 773.907.0940 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐