UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| In the Matter of<br>JEREMY JENTSCH,<br><br>     Plaintiff,<br>v.<br><br>VILLAGE OF LYNWOOD, VILLAGE OF LYNWOOD POLICE OFFICERS R. GOMEZ (Star #115), D. SUROVIAK (Star #105), and J. HERNANDEZ (Star #104)<br>     Defendants | Case<br><br><br><br><br>Cause No. 08-C-2322<br><br>Judge John C. Darrah |
|---|---|

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Defendants Village of Lynwood, Village of Lynwood Police Officers D. Suroviak (Star #105) and J. Hernandez (Star #104)**

| NAME | **Daniel F. Gallagher** |
|---|---|
| SIGNATURE | **s/ Daniel F. Gallagher** |
| FIRM | **Querrey & Harrow, Ltd.** |
| STREET ADDRESS | **175 West Jackson Boulevard, Suite 1600** |
| CITY/STATE/ZIP | **Chicago, Illinois  60604** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>0905305 | TELEPHONE NUMBER<br>(312) 540-7000 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES  X        NO |
|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES              NO  X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES  X        NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES  X   NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL                               APPOINTED COUNSEL |