50687-LEM

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JEREMY JENTSCH,<br><br>    Plaintiff,<br><br>v.<br><br>VILLAGE OF LYNWOOD, VILLAGE OF LYNWOOD POLICE OFFICERS R. GOMEZ (Star #115), D. SUROVIAK (Star #105), and J. HERNANDEZ (Star #104)<br><br>    Defendants | Cause No. 08-C-2322<br><br>Judge John C. Darrah |

**MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING**

Defendants Village of Lynwood, Officer Suroviak, and Officer Hernandez move this Court for an extension of time to file a responsive pleading to the Complaint as follows:

    1.    Plaintiff filed this case on April 23, 2008, and that day issued requests for waiver of service to all named defendants, and directed those letters to the Village of Lynwood.

    2.    Defendants Lynwood, Suroviak, and Hernandez subsequently waived service. Defendant Gomez no longer works for the Village of Lynwood, and Defendants believe that he has not been served or received a request to waive service.

    3.    Under Rule 4(d), responsive pleadings from Defendants Lynwood, Suroviak, and Hernandez are due 60 days from the date request to waive service was sent, or on June 23, 2008.

4. On June 7, 2008, massive flooding in South Central Indiana flooded the home of the undersigned's parents with an estimated 8 to 9 feet of water.

5. The undersigned is the primary attorney assigned to this case, and is responsible for preparation of any responsive pleading.

6. Because of the flooding, the undersigned will be out of the office assisting in the recovery effort between June 12, 2008 and June 22, 2008, and will be unable to adequately prepare a responsive pleading to the Complaint by or before the June 23, 2008 deadline.

7. On June 11, 2008, the undersigned spoke with Plaintiff's counsel, who indicated that he had no objection to the extension.

8. Accordingly, Defendants Lynwood, Suroviak, and Hernandez respectfully request an additional 30 days to answer or others respond to the Complaint.

## CONCLUSION

For the foregoing reasons, Defendants Lynwood, Suroviak, and Hernandez respectfully request an additional 30 days to answer or others respond to the Complaint.

Respectfully Submitted,

/s/ Brandon K. Lemley
**One of the Attorneys for Defendants Village of Lynwood, Officer Suroviak and Officer Hernandez**

**Attorneys for Defendants**
Brandon K. Lemley
Paul O'Grady
Daniel Gallagher
Kevin Casey

QUERREY & HARROW  
175 W. Jackson, Ste. 1600  
Chicago, IL 60604  
312-540-7000