50687-LEM

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JEREMY JENTSCH,<br><br>    Plaintiff,<br><br>v.<br><br>VILLAGE OF LYNWOOD, VILLAGE OF LYNWOOD POLICE OFFICERS R. GOMEZ (Star #115), D. SUROVIAK (Star #105), and J. HERNANDEZ (Star #104)<br><br>    Defendants | Cause No. 08-C-2322<br><br>Judge John C. Darrah |

### NOTICE OF MOTION

On **June 24, 2008** at **9:00 A.M.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable JUDGE DARRAH, ROOM 1203**, or any judge sitting in his stead, in the courtroom usually occupied by him in the United States Courthouse, Dirksen Building, 219 S. Dearborn St., Chicago, Illinois, and shall then and there move the Court in accordance with the attached **"Motion for Extension of Time to File Responsive Pleading."**

                                        **Respectfully Submitted**

                                      BY:  /s/ Brandon K. Lemley
                                             Brandon K. Lemley

Brandon K. Lemley
QUERREY & HARROW
175 W. Jackson, Ste. 1600
Chicago, IL 60604
312-540-7000

**CERTIFICATE OF SERVICE**

      The undersigned attorney certifies that on June 11, 2008, the foregoing document was served, pursuant to L.R. 5.9 and the General Order on Electronic Filing, via the Court's Electronic Case Filing System, to:

**Attorney for Plaintiffs:**
Brendan Shiller
Law Offices of Brendan Shiller
4554 N. Broadway, Ste. 325
Chicago, IL 60640
773-907-0940

      By: /s/ Brandon K. Lemley