# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2322 | **DATE** | 6/24/08 |
| **CASE TITLE** | Jentsch v. Village of Lynwood, et al. | | |

**DOCKET ENTRY TEXT:**

Defendants' motion for extension of time [13] is granted. Defendants have until 7/23/08 to answer or otherwise plead. Status hearing set for 8/21/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|