50687-LEM

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JEREMY JENTSCH, | |
| Plaintiff, | |
| v. | Cause No. 08-C-2322 |
| VILLAGE OF LYNWOOD, VILLAGE OF LYNWOOD POLICE OFFICERS R. GOMEZ (Star #115), D. SUROVIAK (Star #105), and J. HERNANDEZ (Star #104) | Judge John C. Darrah |
| Defendants | |

### NOTICE OF MOTION

On **August 19, 2008** at **9:00 A.M.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable JUDGE DARRAH, ROOM 1203**, or any judge sitting in his stead, in the courtroom usually occupied by him in the United States Courthouse, Dirksen Building, 219 S. Dearborn St., Chicago, Illinois, and shall then and there move the Court in accordance with the attached **"Motion to Dismiss Certain Counts."**

**Respectfully Submitted**

BY: /s/ Brandon K. Lemley
Brandon K. Lemley

Brandon K. Lemley
QUERREY & HARROW
175 W. Jackson, Ste. 1600
Chicago, IL 60604
312-540-7000

**CERTIFICATE OF SERVICE**

  The undersigned attorney certifies that on July 23, 2008, the foregoing document was served, pursuant to L.R. 5.9 and the General Order on Electronic Filing, via the Court's Electronic Case Filing System, to:

**Attorney for Plaintiffs:**
Brendan Shiller
Law Offices of Brendan Shiller
4554 N. Broadway, Ste. 325
Chicago, IL 60640
773-907-0940

                By: /s/ Brandon K. Lemley