# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2322 | **DATE** | 7/24/08 |
| **CASE TITLE** | Jentsch v. Village of Lynwood, et al. | | |

**DOCKET ENTRY TEXT:**

Defendants' Motion to Dismiss [17, 18] is entered and continued. Response due 8/22/08; Reply due 9/5/08. Status hearing set for 8/21/08 is reset to 10/7/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|